AO 240 (Rev. 6/86)   Application to Proceed   8

# United States District Court

__Northern__ DISTRICT OF __Illinois__

FILED
MAR 2 0 2008 *aew*
Mar 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Erven Walls

v.

Warden. Joseph Loftus
Hon. Lisa Madigan

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE  08CV1638
JUDGE LINDBERG
MAGISTRATE JUDGE NOLAN

I, __Erven Walls__, declare that I am the (check appropriate box)

☑ petitioner/plaintiff     ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant    ☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?                                Yes ☐   No ☑
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment      Yes ☐   No ☑
   b. Rent payments, interest or dividends?                      Yes ☐   No ☑
   c. Pensions, annuities or life insurance payments?            Yes ☐   No ☑
   d. Gifts or inheritances?                                     Yes ☐   No ☑
   e. Any other sources?                                         Yes ☐   No ☑

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☑   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☑
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   N/A

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __3-13-08__          _Mr. Ervin Wallert_ (signature)
            (Date)                   Signature of Applicant

---

### CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ __49.85__ on account to his credit at the __Danville Correctional Center__ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: __Danville Correctional Center__
__3820 E. Main St.__
__Danville, IL 61834__

I further certify that during the last six months the applicant's average balance was $ _____

_Rita Barnes_ (signature)
Authorized Officer of Institution

---

### ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ <br> United States Judge    Date | _____  _____ <br> United States Judge    Date <br> or Magistrate |

Date: 3/11/2008
Time: 12:37pm
d_list_inmate_trans_statement_composite

**Danville Correctional Center**
**Trust Fund**
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 09/01/2007 thru End;    Inmate: K69769;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: K69769 Walls, Erven**                                    **Housing Unit: DAN-01-A -53**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 38.77 |
| 09/04/07 | Point of Sale | 60 Commissary | 2477103 | 572895 | Commissary | -12.84 | 25.93 |
| 09/13/07 | Payroll | 20 Payroll Adjustment | 256116 | | P/R month of 08/2007 | 4.00 | 29.93 |
| 09/17/07 | Disbursements | 88 photos | 260302 | Chk #88118 | 88083303, Consolidated Inmate, Inv. Date: 08/17/2007 | -7.50 | 22.43 |
| 09/17/07 | Disbursements | 84 Library | 260302 | Chk #88119 | 84084274, Consolidated Inmate, Inv. Date: 08/31/2007 | -1.11 | 21.32 |
| 09/17/07 | Disbursements | 84 Library | 260302 | Chk #88119 | 84084090, Consolidated Inmate, Inv. Date: 08/29/2007 | -.20 | 21.12 |
| 09/17/07 | Disbursements | 84 Library | 260302 | Chk #88119 | 84084741, Consolidated Inmate, Inv. Date: 09/07/2007 | -.20 | 20.92 |
| 09/17/07 | Disbursements | 80 Postage | 260302 | Chk #88120 | 80083908, DOC: 523 Fund Inmate, Inv. Date: 08/27/2007 | -4.60 | 16.32 |
| 09/17/07 | Disbursements | 80 Postage | 260302 | Chk #88120 | 80084501, DOC: 523 Fund Inmate, Inv. Date: 09/05/2007 | -.41 | 15.91 |
| 09/17/07 | Point of Sale | 60 Commissary | 260718 | 574873 | Commissary | -15.43 | .48 |
| 10/01/07 | Mail Room | 01 MO/Checks (Not Held) | 2742116 | 473874 | Walls, Terry | 25.00 | 25.48 |
| 10/02/07 | Point of Sale | 60 Commissary | 2757102 | 576618 | Commissary | -25.20 | .28 |
| 10/12/07 | Payroll | 20 Payroll Adjustment | 285116 | | P/R month of 09/2007 | 4.00 | 4.28 |
| 10/17/07 | Disbursements | 84 Library | 290302 | Chk #88393 | 84086940, Consolidated Inmate, Inv. Date: 10/10/2007 | -.20 | 4.08 |
| 10/17/07 | Disbursements | 84 Library | 290302 | Chk #88393 | 84086821, Consolidated Inmate, Inv. Date: 10/09/2007 | -.70 | 3.38 |
| 10/23/07 | Mail Room | 01 MO/Checks (Not Held) | 2962116 | 100998 | Walls, Rosa | 50.00 | 53.38 |
| 10/24/07 | Mail Room | 01 MO/Checks (Not Held) | 2972116 | 476544 | Walls, Terry | 25.00 | 78.38 |
| 11/07/07 | Point of Sale | 60 Commissary | 3117102 | 581424 | Commissary | -29.80 | 48.58 |
| 11/16/07 | Disbursements | 84 Library | 320302 | Chk #88667 | 84089501, Consolidated Inmate, Inv. Date: 11/16/2007 | -.20 | 48.38 |
| 11/16/07 | Disbursements | 80 Postage | 320302 | Chk #88678 | 80089277, DOC: 523 Fund Inmate, Inv. Date: 11/13/2007 | -.58 | 47.80 |
| 11/16/07 | Payroll | 20 Payroll Adjustment | 320116 | | P/R month of 10/2007 | 4.00 | 51.80 |
| 11/27/07 | Mail Room | 01 MO/Checks (Not Held) | 3312116 | 9606107637 | Akui, Latania | 30.00 | 81.80 |
| 11/27/07 | Mail Room | 01 MO/Checks (Not Held) | 3312116 | 08790528398 | Shades, Sonya | 49.75 | 131.55 |
| 11/30/07 | Disbursements | 88 OUTSIDE PAYMENT | 334302 | Chk #88827 | 880810562, The Pampered Prison, Inv. Date: 11/30/2007 | -30.00 | 101.55 |
| 11/30/07 | Disbursements | 88 OUTSIDE PAYMENT | 334302 | Chk #88830 | 880810558, Wendell Phillips Ac, Inv. Date: 11/30/2007 | -2.00 | 99.55 |
| 12/06/07 | Point of Sale | 60 Commissary | 340765 | 585219 | Commissary | -28.06 | 71.49 |
| 12/06/07 | Point of Sale | 60 Commissary | 340765 | 585222 | Commissary | -1.20 | 70.29 |
| 12/12/07 | Mail Room | 01 MO/Checks (Not Held) | 3462116 | 246610 | Walls, Rosa | 50.00 | 120.29 |
| 12/13/07 | Payroll | 20 Payroll Adjustment | 347116 | | P/R month of 11/2007 | 4.00 | 124.29 |
| 12/17/07 | Disbursements | 84 Library | 351316 | Chk #88988 | 840810509, Consolidated Inmate, Inv. Date: 11/30/2007 | -1.20 | 123.09 |
| 12/17/07 | Disbursements | 84 Library | 351316 | Chk #88988 | 840810370, Consolidated Inmate, Inv. Date: 11/29/2007 | -2.00 | 121.09 |
| 12/17/07 | Disbursements | 84 Library | 351316 | Chk #88988 | 840810510, Consolidated Inmate, Inv. Date: 11/30/2007 | -.11 | 120.98 |
| 12/17/07 | Disbursements | 84 Library | 351316 | Chk #88988 | 840811508, Consolidated Inmate, Inv. Date: 12/14/2007 | -.17 | 120.81 |
| 12/17/07 | Disbursements | 84 Library | 351316 | Chk #88988 | 840811509, Consolidated Inmate, Inv. Date: 12/14/2007 | -7.00 | 113.81 |
| 12/17/07 | Disbursements | 80 Postage | 351316 | Chk #88989 | 800810721, DOC: 523 Fund Inmat, Inv. Date: 12/04/2007 | -.41 | 113.40 |
| 12/17/07 | Disbursements | 81 Legal Postage | 351316 | Chk #88989 | 810810517, DOC: 523 Fund Inmat, Inv. Date: 11/30/2007 | -.97 | 112.43 |

Date: 3/11/2008 Case 1:08-cv-01638  Document 3  Filed 03/20/2008  Page 4 of 5  Page 2
Time: 12:37pm
d_list_inmate_trans_statement_composite

# Danville Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 09/01/2007 thru End;   Inmate: K69769;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: K69769 Walls, Erven**    **Housing Unit: DAN-01-A -53**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 12/17/07 | Disbursements | 80 Postage | 351316 | Chk #88989 | 800810929, DOC: 523 Fund Inmat, Inv. Date: 12/07/2007 | -2.84 | 109.59 |
| 12/17/07 | Disbursements | 80 Postage | 351316 | Chk #88989 | 800810559, DOC: 523 Fund Inmat, Inv. Date: 11/30/2007 | -.41 | 109.18 |
| 12/17/07 | Disbursements | 80 Postage | 351316 | Chk #88989 | 800810562, DOC: 523 Fund Inmat, Inv. Date: 11/30/2007 | -1.00 | 108.18 |
| 12/17/07 | Mail Room | 01 MO/Checks (Not Held) | 3512116 | 004108 | Walls, Terry | 20.00 | 128.18 |
| 12/19/07 | AP Correction | 88 OUTSIDE PAYMENT | 353516 | Chk #88827 Voided | 880810562 - The Pampered Priso | 30.00 | 158.18 |
| 12/19/07 | Disbursements | 88 outside payment | 353316 | Chk #89013 | 880811954, Salvation Army, Inv. Date: 12/19/2007 | -1.00 | 157.18 |
| 12/21/07 | Disbursements | 88 outside payment | 355339 | Chk #89044 | 880812396, Latonya Walls, Inv. Date: 12/21/2007 | -20.00 | 137.18 |
| 12/24/07 | Point of Sale | 60 Commissary | 358718 | 587370 | Commissary | -34.29 | 102.89 |
| 12/24/07 | Point of Sale | 60 Commissary | 358718 | 587375 | Commissary | -62.81 | 40.08 |
| 12/26/07 | AP Correction | 88 outside payment | 360539 | Chk #89044 Voided | 880812396 - Latonya Walls | 20.00 | 60.08 |
| 12/26/07 | Disbursements | 88 outside payment | 360339 | Chk #89075 | 880812396, Latonya Walls, Inv. Date: 12/21/2007 | -20.00 | 40.08 |
| 12/28/07 | Mail Room | 01 MO/Checks (Not Held) | 362287 | 1865919204 | Akin, Latania | 25.00 | 65.08 |
| 01/04/08 | Point of Sale | 60 Commissary | 0047103 | 588849 | Commissary | -49.87 | 15.21 |
| 01/07/08 | Point of Sale | 60 Commissary | 007765 | 588985 | Commissary | -1.02 | 14.19 |
| 01/14/08 | Point of Sale | 60 Commissary | 014724 | 589997 | Commissary | -8.11 | 6.08 |
| 01/17/08 | Disbursements | 80 Postage | 017302 | Chk #89278 | 800812276, DOC: 523 Fund Inmat, Inv. Date: 12/20/2007 | -.97 | 5.11 |
| 01/17/08 | Disbursements | 80 Postage | 017302 | Chk #89278 | 800811600, DOC: 523 Fund Inmat, Inv. Date: 12/18/2007 | -5.05 | .06 |
| 01/18/08 | Payroll | 20 Payroll Adjustment | 018116 | | P/R month of 12/2007 | 4.00 | 4.06 |
| 01/22/08 | Point of Sale | 60 Commissary | 022765 | 591087 | Commissary | -3.99 | .07 |
| 02/04/08 | Mail Room | 01 MO/Checks (Not Held) | 035287 | 009150 | Walls, Terry | 20.00 | 20.07 |
| 02/06/08 | Point of Sale | 60 Commissary | 037765 | 592793 | Commissary | -19.91 | .16 |
| 02/15/08 | Payroll | 20 Payroll Adjustment | 0461110 | | P/R month of 01/2008 | 4.00 | 4.16 |
| 02/21/08 | Point of Sale | 60 Commissary | 0527102 | 595016 | Commissary | -3.92 | .24 |
| 02/27/08 | Mail Room | 01 MO/Checks (Not Held) | 058287 | C1897744 | Walls, Lucille | 50.00 | 50.24 |
| 03/05/08 | Point of Sale | 60 Commissary | 065765 | 596639 | Commissary | -13.04 | 37.20 |
| 03/05/08 | Point of Sale | 60 Commissary | 065765 | 596644 | Commissary | -34.80 | 2.40 |
| 03/06/08 | Mail Room | 01 MO/Checks (Not Held) | 066287 | 013612 | Walls, Terry | 20.00 | 22.40 |
| 03/10/08 | Mail Room | 01 MO/Checks (Not Held) | 070287 | 116419 | Walls, Lucille | 5.00 | 27.40 |
| 03/10/08 | Mail Room | 01 MO/Checks (Not Held) | 070287 | 531261 | Walls, Lucille | 25.00 | 52.40 |

|   |   |
|---|---|
| Total Inmate Funds: | 52.40 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 2.55 |
| Funds Available: | 49.85 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

| | | | Danville Correctional Center | Page 3 |
|---|---|---|---|---|
| Date: | 3/11/2008 | | **Trust Fund** | |
| Time: | 12:37pm | | **Inmate Transaction Statement** | |
| d_list_inmate_trans_statement_composite | | | | |

REPORT CRITERIA - Date: 09/01/2007 thru End;   Inmate: K69769;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: K69769 Walls, Erven**                **Housing Unit: DAN-01-A -53**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 02/19/2008 | 840814301 | Disb | Library | 6262 Consolidated Inmate Benefit Fund | $0.20 |
| 02/22/2008 | 810817085 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.14 |
| 02/25/2008 | 840817190 | Disb | Library | 6262 Consolidated Inmate Benefit Fund | $0.80 |
| 02/25/2008 | 840817193 | Disb | Library | 6262 Consolidated Inmate Benefit Fund | $0.11 |
| 03/10/2008 | 840818356 | Disb | Library | 6262 Consolidated Inmate Benefit Fund | $0.10 |
| 03/10/2008 | 840818361 | Disb | Library | 6262 Consolidated Inmate Benefit Fund | $0.20 |
| | | | | **Total Restrictions:** | **$2.55** |