UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
MAR 2 0 2008
Mar 20, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s) Erven Walls

v.

Defendant(s) Warden. Joseph Loftus
Hon. Lisa Madigan

08CV1638
JUDGE LINDBERG
MAGISTRATE JUDGE NOLAN

### MOTION FOR APPOINTMENT OF COUNSEL

1. I, Erven Walls, declare that I am the (check appropriate box) ☑ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: N/A

3. In further support of my motion, I declare that (check appropriate box):

   ☐ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☑ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☑ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Mr. Erven Walls
Movant's Signature

3820 E Main St
Street Address

Danville, IL 61834
City/State/Zip

Date: 3-13-08

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Case Number |
|---|---|
| William J. Hibbler | 99 C 6071 |
| Case Title | Walls V. Bradley, et al |
| Appointed Attorney's Name | Edward D. Rickert — Smith, Rickert & Smith Law Firm |
| 8383 W Belmont Ave. Suite 304 | |
| River Grove, IL 60171-1083 | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| | |
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| | |
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| | |
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |