## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1638 | **DATE** | March 25, 2008 |
| **CASE TITLE** | United States *ex rel.* Walls v. Loftus | | |

**DOCKET ENTRY TEXT:**

Petitioner's motion for leave to file *in forma pauperis* [3] is denied. Petitioner is given 30 days from the date of this order to pay the $5.00 filing fee. If Petitioner does not do so, the Court will dismiss his case.

■ [For further details see text below.]   Docketing to mail notices.

### STATEMENT

Petitioner's motion is denied for lack of a sufficient showing of indigence. Petitioner's financial affidavit reveals that he has average monthly deposits of $ 77.45 in his prison trust account. Because Petitioner is a prisoner for whom the state provides the necessities of life, such assets do not qualify him for pauper status. *See, e.g., Lumbert v. Ill. Dep't of Corrections*, 827 F.2d 257, 260 (7th Cir. 1987); *Zaun v. Dobbin*, 628 F.2d 990, 993 (7th Cir. 1980). Petitioner is financially able to pay the $5.00 filing fee. He may pay by check or money order made payable to Clerk, United States District Court. If Petitioner does not pay the filing fee within 30 days, the Court will dismiss his case. *See Brekke v. Morrow*, 840 F.2d 4, 5 (7th Cir. 1988).

| | Courtroom Deputy Initials: | CLH |
|---|---|---|