# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1638 | **DATE** | May 22, 2008 |
| **CASE TITLE** | United States *ex rel.* Walls v. Loftus, *et al.* | | |

**DOCKET ENTRY TEXT:**

The Clerk is directed to enter judgment and dismiss this case for Petitioner's failure to pay the filing fee as directed in the Court's 3/25/08 Order. *See Brekke v. Morrow*, 840 F.2d 4, 5 (7th Cir. 1988). All pending motions are terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|