# United States District Court

## Northern District of Illinois

### Eastern Division

United States ex rel. Walls        **JUDGMENT IN A CIVIL CASE**

v.        Case Number: 08 C 1638

Loftus, et al.

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed for petitioner's failure to pay the filing fee as directed in the Court's order of 3/25/2008.

Michael W. Dobbins, Clerk of Court

Date: 5/22/2008

/s/ Sandra L. Brooks, Deputy Clerk