McEaven Walls #K69769
3820 E Main St.
Danville, IL 61834

6-11-08

Sandra L. Brooks
Deputy Clerk

**F I L E D**
JUN 16 2008
JUN 1 6 2008  mb
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

My case # (08C 1638) Assigned Judge. George. W. - Lindberg. My Federal Habeas Corpus was dismiss for failure to pay filing fee as directed in the Court's 3-25-08 order. My issue is that I filed Forma-Pauperis with supporting Documentation. I also put a motion for appointment of Attorney as well, with the petition. Let me say this, a Attorney was'nt appointed to my case that im aware of. I believe a error was made on my petition, because I never received a court order for me to pay a filing fee to the clerk of the court nor did the prison trust fund office or the record office or business office. There was never a March 25, 2008 order received by me or the prison. I only was inform in March 20, 2008 of my case number and the judge name, at lease March 20 is when the letter was typed up. If I was'nt aware of a filing fee order how could I be punished for that error. When a court order is issued for a filing fee the prison trust fund office would've took it off my account and mailed it to your office. Could you please recend your decision to dismiss my case and give me a chance to pay the filing fee, since I was never made aware of the fee. Thank you