# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1638 | **DATE** | 8/28/2008 |
| **CASE TITLE** | Walls vs. Loftus | | |

**DOCKET ENTRY TEXT**

Petitioner's motion to alter or amend judgment [9] is granted, as Petitioner has now paid the $5.00 filing fee. The 5/22/08 dismissal of this case, and the judgment, are vacated. Petitioner's motion for appointment of counsel [4] is denied. Respondent is ordered to file an answer to the petition for habeas relief by 10/14/08. Ruling on the petition will issue on or before 11/12/08 at 9:30 a.m.

Docketing to mail notices.

Courtroom Deputy Initials: