**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 1638 |

United States of America ex rel. Erven Walls, Petitioner,

v.

Warden Jospeh Loftus,
Attorney General Lisa Madigan, Respondents.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Warden Joseph Loftus, Respondent.

Attorney General Lisa Madigan.

| | |
|---|---|
| NAME (Type or print) Charles Redfern | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Charles Redfern | |
| FIRM Office of the Illinois Attorney General - Criminal Appeals Division | |
| STREET ADDRESS 100 W. Randolph, 12th Floor | |
| CITY/STATE/ZIP Chicago, Illinois 60601-3218 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6283811 | TELEPHONE NUMBER 312-814-3565 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES X   NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES X   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

## **CERTIFICATE OF SERVICE**

      I certify that on September 5, 2008, I electronically filed my **Appearance** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date mailed a copy of these documents via United States Mail to the following non-CM/ECF user:

      Erven Walls, K69769
      Danville Correctional Center
      3820 East Main Street
      Danville, Illinois 61834

  /s/ Charles Redfern
CHARLES REDFERN, Bar # 6283811
Assistant Attorney General
100 W. Randolph Street, 12th Floor
Chicago, IL 60601-3218
PHONE: (312) 814-3565
FAX: (312) 814-2253
EMAIL: credfern@atg.state.il.us